Steven L. **TONEY**, Appellant,

v.

Donald O. **DUVALL**, Respondent.

No. WD 50135.

Missouri Court of Appeals,
Western District.

June 13, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 1, 1995.

Steven L. Toney, Moberly, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Norman Siegel, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and FENNER and SMART, JJ.

### ORDER

PER CURIAM:

Steven L. Toney, an inmate at a correctional center, appeals from a summary judgment entered against him on his claim against a corrections officer for damages for alleged wrongful disposition of his radio.

The judgment is affirmed. Rule 84.16(b).